IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ARMIDA GARCIA, MARIA DEL REFUGIO AROS, LESLY CASTEJON, SHEILA CASTRO, ROSALVA GARCIA, SONIA GARCIA, MARIA ELENA MARTINEZ, MARINA MONTESINO, MARIA PANIAGUA, Individually and On Behalf of All Others Similarly Situated, | § § § § § § § § § | |
| Plaintiffs, | § § | Civil Action No. 08-CV-1494-N Collective Action Complaint |
| v. | § § | Jury Demanded |
| ATAM MAC INC. dba MAID BRIGADE and ANGELA D. McCALL, | § § § | |
| Defendants. | § | |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Aaron Ramirez requests permission to withdraw from representing Plaintiffs in this lawsuit and respectfully shows the Court as follows:

1. Maricela Siewczynski will remain as lead counsel for Plaintiffs in this lawsuit.

2. Withdrawal of Ramirez will not prejudice any party or delay this case in any manner.

3. Plaintiffs consent to the withdrawal of Ramirez.

4. Defendants are unopposed to this Motion.

WHEREFORE, Aaron Ramirez respectfully requests that the Court grant this Motion, and enter the proposed order that is submitted with this Motion.

Respectfully submitted,

/s/Aaron Ramirez
Texas Bar No. 24027644
Law Office of Aaron R Ramirez PLLC
2612 Main St Suite 200
Dallas , TX 75226
Telephone: 214-752-0600
Facsimile: 214-543-5447
Electronic Mail: aaron@txemployeeadvocate.com

/s/Maricela Siewczynski
Maricela Siewczynski
Texas Bar No. 24032753
Siewczynski Law Firm PLLC
6318 Gaston Ave, Ste. 201
Dallas, Texas 75214
Telephone: 214-634-9990
Facsimile: 214-634-9991
Electronic mail: maricela@texemploymentlaw.com

Counsel for Plaintiffs

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1, Maricela Siewczynski conferred with Carrie Hoffman, counsel for Defendants, regarding the relief requested herein. Defendants are unopposed to this Motion.

/s/Maricela Siewczynski
Maricela Siewczynski

## CERTIFICATE OF SERVICE

On August 20, 2009, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case files system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/Maricela Siewczynski
Maricela Siewczynski

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL—Page 2**